AO 442 (Rev. 11/11) (modified) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

**JEFFREY KIM**

Defendant

Case No. 2:18-MJ-0106 CKD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JEFFREY KIM**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1344 - Bank Fraud

18 U.S.C. §1543 - False Use of a Passport

18 U.S.C. § 1956(a)(1)(A)(i) - Money Laundering

Date: 5/25/2018

_____
Issuing officer's signature

City and state: Sacramento, California

no bail pending hearing

Carolyn K. Delaney, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____, United States Magistrate Judge
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 25 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| **JEFFREY KIM,** | ) |
|  | ) 2:18-MJ-0106    CKD |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 25-26, 2017__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. §1543 | False Use of a Passport |
| 18 U.S.C. § 1956(a)(1)(A)(i) | Money Laundering |

This criminal complaint is based on these facts:

**See Attached Affidavit**

☒ Continued on the attached sheet.

_____
Complainant's signature

SA Christopher S. Fitzpatrick
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/25/2018

_____
Judge's signature

City and state: Sacramento, CA

Carolyn K. Delaney, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF ARREST WARRANT and CRIMINAL COMPLAINT

## I. INTRODUCTION

### A. Agent's Background and Experience

I, Christopher S. Fitzpatrick, having been duly sworn, do hereby depose and state the following:

I am a Special Agent with the United States Department of Treasury – Internal Revenue Service – Criminal Investigation ("IRS-CI") and have been since September 2001. I have attended more than 1,000 hours of training in various aspects of criminal investigation, and I have attended classes and/or seminars dealing with financially investigative techniques. In the course of my employment with the IRS-CI, I have conducted or been involved in more than 100 investigations of alleged criminal violations, which have included: attempt to evade or defeat tax (26 U.S.C. § 7201); aiding or assisting in the preparation of false tax returns (26 U.S.C. § 7206(2)); conspiring to defraud the United States with respect to claims (18 U.S.C. § 286); money laundering (18 U.S.C. §§ 1956, 1957); identity fraud (18 U.S.C. § 1028); conducting an unlicensed money transmitting business (18 U.S.C. § 1960); structuring cash transactions (31 U.S.C. § 5324); mail fraud (18 U.S.C. § 1341); wire fraud (18 U.S.C. § 1343); bank fraud (18 U.S.C. § 1344); false statements in connection with loan applications (18 U.S.C. § 1014); theft, embezzlement, or misapplication by bank officers or employees (18 U.S.C. § 656); assisting in the unlawful interception and reception of communications services offered over a cable system (47 U.S.C. § 553(a)(1)); importing controlled substances (21 U.S.C. § 952); distributing controlled substances (21 U.S.C. § 841(a)(1)); making a false statement (18 U.S.C. § 1001); access device fraud (18 U.S.C. § 1029); criminal conspiracy (18 U.S.C. §§ 371, 1349); and forfeiture (18 U.S.C. §§ 981, 982). Most of these investigations focused on individual deriving property from illegal activity.

I have attended more than 1,000 hours of training in various aspects of criminal investigation, and I have attended classes and seminars dealing specifically with money laundering, various financial crime techniques, and related financial investigative techniques.

I base this affidavit on my own investigation and on findings provided to me by IRS-CI Contractor Richard Adams. I have reviewed documents in this case, including bank records maintained by BBVA Compass, BMO Harris Bank, Umpqua Bank, El Dorado Savings Bank, Wells Fargo Bank and JP Morgan Chase Bank, police reports and mail box records. I have not included every fact known to me regarding this investigation. Rather, only those facts necessary to establish probable cause are included in this affidavit.

B. Charges

I make this Affidavit in support of a Criminal Complaint. The information below establishes probable cause to believe that:

(1) On or about May 25, 2017, in the Eastern District of California, in connection to opening El Dorado Savings Bank checking account number 43156843, defendant JEFFREY KIM engaged in Bank Fraud, in violation of Title 18, United States Code, Section 1344.

(2) On or about May 25, 2017, in the Eastern District of California, in connection to opening El Dorado Savings Bank checking account number 43156843, defendant JEFFREY KIM engaged in Forgery or False Use of a Passport, in violation of Title 18, United States Code, Section 1543.

(3) On or about May 26, 2017, in the Eastern District of California, in connection with purchasing a United States postal money order in the amount of $995 via the debit card connected to the Wells Fargo Bank account number 9900889875, held in the name of Doo H. BANG, defendant JEFFREY KIM knowingly conducted a financial transaction that involved proceeds of a specified unlawful activity with the intent to promote the carrying on of a specific unlawful activity, in violation of Title 18 U.S.C. Section 1956(a)(1)(A)(i).

## II. OVERVIEW OF INVESTIGATION

Since July 2017, the IRS-CI and FBI have been investigating a large-scale Korea-based organized crime group that is involved in a bank account "bust out" scheme. A "bust out" scheme is a method of depositing counterfeit and/or "non-sufficient funds" ("NSF") checks into accounts and then immediately depleting the account through a variety of transactions, including withdrawing cash over the counter or through an ATM, and/or using debit cards at point-of-sale businesses. Once the fraudulent nature of the check is discovered and the check has been dishonored by the financial institution, the account has been "busted," resulting in a loss to the financial institution.

Generally, the scheme being investigated has certain common characteristics:

a. A person or persons with the organized crime group produces or purchases fraudulent Korean passports and other fraudulent identity documents. The Korean passports are manufactured using different names and dates of birth. The other fraudulent identity documents may include driver's licenses, automobile insurance documents and utility bills.

b. A person or persons with the organized crime group opens up mail drops at locations, such as UPS stores, to be able to provide the financial institution a local address close to the banking center where the bank account is sought to be

opened. This helps avoid suspicion by the banking employee who is opening the bank account. Furthermore, the mail drop is needed to receive checks that are then used to "bust out" the bank account and other associated bank accounts.

c. A person or persons with the organized crime group, using fraudulent Korean passports and other fraudulent documents, opens a bank account at a financial institution, including, Wells Fargo Bank, JPMorgan Chase, Bank of America and others.

d. A person or persons with the organized crime group travels throughout the Western United States to open the accounts, to include the Eastern District of California.

e. A person or persons with the organized crime group opens the fraudulent bank account with a small amount of cash, usually less than $100. The account is then left essentially dormant for varying periods of time, usually between one and six months, to "age" the account. Aging the bank accounts allows for any bank restrictions on newly-opened accounts to expire. During this aging process, a person or persons with the group conduct small, infrequent, legitimate transactions to include depositing money orders and making debit card point-of-sale ("POS") purchases.

f. After aging the bank accounts, a person or persons with the organized crime group enter a branch of the bank at which they had previously set up an account and attempt to conduct one of the following transactions:

   1. Attempt to cash a third-party NSF check or counterfeit check drawn on another institution;

   2. Attempt to deposit a third-party NSF check or counterfeit check drawn on another institution and receive a portion back in cash (referred to as a "less cash" deposit); and

   3. Attempt to deposit a third party NSF check or counterfeit check drawn on another institution.

g. If the checks were deposited into the bank account, a person or persons with the organized crime group attempt to access the funds through ATM withdrawals and POS transactions until the fraudulent nature of the checks is discovered by the financial institution and the account is frozen or closed.

h. A person or persons with the organized crime group then move to another geographic location and continue the scheme.

///

As will be shown in detail below, this investigation revealed that JEFFREY KIM engaged in various criminal acts to include conspiracy, bank fraud, mail fraud, forgery or false use of passport, aggravated identity theft, and money laundering related to a bust out deposit scheme in the Eastern District of California and elsewhere prior to his arrest in Monument, Colorado.  Specifically, JEFFREY KIM opened one "source" bank account and he "busted out" four bank accounts with his conspirators. JEFFREY KIM and his coconspirators traveled extensively to commit these crimes in order to avoid detection and arrest.  Bank surveillance photos and bank documents show they started in San Luis Obispo, CA and traveled north to the San Francisco Bay Area and then to the Sacramento Area.  They then headed to Arizona and Texas before Jeffrey KIM was arrested in Colorado.  This extensive travel makes it difficult for financial institutions and law enforcement to "zero in" on the conspirators due to the time lag between when the transaction is conducted and when the accounts are adjudged to be busted-out.  By the time the accounts are adjudged to be busted-out the conspirators have moved to a new geographical area.

### III.  PROBABLE CAUSE

#### A.  Arrest in Monument, Colorado

On August 23, 2017, police officers from Monument, Colorado, responded to a local Wells Fargo Bank ("WFB") on the report of a fraud in progress.  Bank personnel informed the responding officers that an adult male tried to open a bank account in the name of Song Min YOO using a Korean passport that they suspected as fraudulent.  An officer contacted the male who again identified himself as YOO but with a slightly different date-of-birth than the one supplied to bank personnel.

In a post-Miranda statement the male stated he had just arrived from Seoul, South Korea in the first weekend of June 2017 and was enrolled in a local community college.  After the officer scrutinized the passport and other identifying documents supplied to the bank by the male it was determined the documents were fraudulent.  After confronting the male with the inconsistencies he admitted that his true name was Jeffrey S. KIM ("JEFFREY KIM").  JEFFREY KIM stated that another man named "Ming" had provided him with the fraudulent documents and dropped him off at the bank.  JEFFREY KIM said Ming paid him $500 for each account he opened and he had opened four other accounts in Colorado during this trip.  JEFFREY KIM was arrested on numerous charges relating to fraudulent documents.  JEFFREY Kim was further identified as Sung Hoi KIM, Sunghoi KIM or Jeffrey KIM.  Below is a picture of JEFFREY KIM captured from a body-camera worn by one of the arresting officers.

4



On December 11, 2017, JEFFREY KIM pled guilty to Forgery, a Class 5 Felony, in El Paso County District Court and was subsequently sentenced to two years supervised probation.

### B. Deposit Bust-Out #1

According to BBVA Compass bank records, on or about March 23, 2017, a coconspirator of JEFFREY KIM opened a checking account (#6747550578) with $100 cash in the name of Young Chun KIM with BBVA Compass located in Clovis, California. The mailing address provided by the coconspirator was 514 W. Pico Avenue, Clovis, California. In order to open the checking account, among other documents, a fraudulent driver's license in the name of Young Chun KIM purportedly issued from Nevada was presented, in violation of 18 U.S.C. § 1344. According to BBVA Compass bank records, between on or about May 10, 2017 and May 13, 2017, approximately sixty-five checks were presented for payment against the Young Chun KIM checking account in amounts between $991 and $2,998, for a total of $117,447. All of the checks were rejected (bounced) as there was only approximately $49.86 in the checking account to cover the checks. The checks were written to sixteen individuals with eight of the checks being written to Nam H. PARK.

According to JP Morgan Chase Bank records, on or about February 1, 2017, a coconspirator of JEFFREY KIM opened a checking account (#112238032) in the name of Nam Hee PARK. The mailing address provided by the coconspirator was 5830 W. Thunderbird Road, Suite 8-101, Glendale, Arizona. In order to open the bank account, a fraudulent Republic of Korea passport (#M25703824) in the name of Nam Hee PARK was presented, in violation of Title 18, U.S.C. §§ 1543 and 1344.

According to Wells Fargo Bank records, also on or about February 1, 2017, a coconspirator of JEFFREY KIM opened a checking account (#9306704272) also in the name of Nam Hee PARK with Wells Fargo Bank. The mailing address was the same address in Glendale, Arizona that was provided to open the checking account at JP Morgan Chase Bank in the name of Nam Hee PARK. In order to open the bank account, a fraudulent Republic of Korea passport in the name of Nam Hee PARK was presented, in violation of Title 18, U.S.C. §§ 1543 and 1344. The passport number of M25703824 was the same passport number to open the checking account at JP Morgan Chase Bank in

the name of Nam Hee PARK. Based upon the similarities with the name, mailing address and passport number, it is believed the same person opened both of the JP Morgan Chase Bank and Wells Fargo Bank checking accounts.

As set forth above, eight of the sixty-five checks written against the BBVA Compass bank account held in the name of Young Chun KIM were made payable to Nam H. PARK. Based upon bank surveillance photographs obtained from JP Morgan Chase Bank and Wells Fargo Bank related to the Nam H. PARK bank accounts held respectively at each banking institution, JEFFREY KIM and a coconspirator busted out the bank accounts by depositing NSF checks and immediately taking cash back from the deposits resulting in financial losses to both JP Morgan Chase Bank and Wells Fargo Bank. Below is a spreadsheet that details the "bust-out" transactions on the JP Morgan Chase Bank and Wells Fargo Bank accounts held in the name of Nam H. PARK. The spreadsheet is broken down by date of transaction, bank, account number, account name, transaction detail and branch city location.

| Date | Bank | Account No. | Account Name | Transaction | Location |
|---|---|---|---|---|---|
| 05/11/2017 | WFB | 9306704272 | Nam H. PARK | JEFFREY KIM deposited a NSF check from Young Chun KIM of $2,997 with $860 cash back back | San Luis Obispo, CA |
| 05/11/2017 | JPMC | 112238032 | Nam H. PARK | A coconspirator individual deposited an NSF check from Young Chun KIM of $1,976. | Unknown |
| 05/11/2017 | JPMC | 112238032 | Nam H. PARK | A coconspirator individual deposited an NSF check from Young Chun KIM of $1,990 | San Luis Obispo, CA |
| 05/12/2017 | JPMC | 112238032 | Nam H. PARK | A coconspirator individual deposited an NSF check from Young Chun KIM of $1,976 | San Luis Obispo, CA |
| 05/12/2017 | JPMC | 112238032 | Nam H. PARK | A coconspirator individual deposited an NSF check from Young Chun KIM of $1,960 | Unknown |
| 05/12/2017 | JPMC | 112238032 | Nam H. PARK | A coconspirator individual deposited an NSF check from Young Chun KIM of $970 | San Francisco, CA |

| 05/12/2017 | WFB | 9306704272 | Nam H. PARK | JEFFREY KIM deposited an NSF check from Young Chun KIM of $1,997 with $1,540 cash back | Oakland, CA |
|---|---|---|---|---|---|
| 05/12/2017 | WFB | 9306704272 | Nam H. PARK | JEFFREY KIM deposited an NSF check from Young Chun KIM of $1,970 with $1,400 cash back | Berkeley, CA |

Each of the deposited NSF checks and withdrawals above constitute a violation of Title 18, U.S.C. § 1344.

### C. Deposit Bust-Out #2

According to BMO Harris Bank records, on or about February 16, 2017, a coconspirator of JEFFREY KIM opened a checking account (#4821239922) with $100 cash in the name of Shin Yoon KIM. The mailing address provided by the coconspirator was 111 E. Dunlap Avenue, Suite 1-197, Phoenix, Arizona. In order to open the bank account, a fraudulent Republic of Korea passport (#M35813814) in the name of Shin Yoon KIM was presented, in violation of Title 18, U.S.C. §§ 1543 and 1344. According to BMO Harris Bank records, between on or about May 24, 2017 and May 26, 2017, approximately thirty-six checks were presented for payment against the Shin Yoo KIM checking account in amounts between $1,884 and $2,985, for a total of $76,899. All of the checks were rejected (bounced) as there was only approximately $205.94 in the checking account to cover the checks. The checks were written to six individuals with four of the checks being written to Doo Hyo BANG.

According to Wells Fargo Bank records, on or about February 15, 2017, a coconspirator of JEFFREY KIM opened a checking account (#9900889875) in the name of Doo Hyo BANG. The mailing address provided by the coconspirator was 7800 N. 55th Avenue, Suite 102, Glendale, Arizona. In order to open the bank account, a fraudulent Republic of Korea passport (#M45401814) in the name of Doo Hyo BANG was presented, in violation of Title 18, U.S.C. §§ 1543 and 1344. As set forth above, four of the thirty-six checks written against the BMO Harris Bank account held in the name of Shin Yoon

7

KIM were made payable to Doo Hyo BANG. Based upon bank surveillance photographs obtained from Wells Fargo Bank related to the Doo Hyo BANG bank account, JEFFREY KIM and a coconspirator busted out the bank account by depositing NSF checks and immediately taking cash back from the deposits resulting in financial losses to Wells Fargo Bank. Below is a spreadsheet that details the "bust-out" transactions on the Wells Fargo Bank account held in the name of Doo Hyo BANG. The spreadsheet is broken down by date of transaction, bank, account number, account name, transaction detail and branch city location.

| Date | Bank | Account No. | Account Name | Transaction | Location |
|---|---|---|---|---|---|
| 05/25/2017 | WFB | 9900889875 | Doo H. BANG | JEFFREY KIM deposited an NSF check from Shin Yoon KIM of $2,975 | Orangevale, CA |
| 05/25/2017 | WFB | 9900889875 | Doo H. BANG | JEFFREY KIM made a cash withdrawal of $800 | Orangevale, CA |
| 05/26/2017 | WFB | 9900889875 | Doo H. BANG | JEFFREY KIM deposited an NSF check from Shin Yoon KIM of $1,995 with $1,550 cash back | Sacramento, CA |

8

| 05/26/2017 | WFB | 9900889875 | Doo H. BANG | JEFFREY KIM deposited an NSF check from Shin Yoon KIM of $1,989 with $1,460 cash back | Roseville, CA |
|---|---|---|---|---|---|
| 05/26/2017 | WFB | 9900889875 | Doo H. BANG | JEFFREY KIM deposited an NSF check from Shin Yoon KIM of $1,950 | Roseville, CA |
| 05/26/2017 | WFB | 9900889875 | Doo H. BANG | JEFFREY KIM made a cash withdrawal of $1,900 | Roseville, CA |
| 05/26/2017 | WFB | 9900889875 | Doo H. BANG | JEFFREY KIM made a cash withdrawal of $900 | Roseville, CA |

Each of the deposited NSF checks and withdrawals above constitute a violation of Title 18, U.S.C. § 1344.

Also according to Wells Fargo Bank records, on or about May 26, 2017, JEFFREY KIM purchased a postal money in the amount of $995 from the United States Post Office located at 6929 Fair Oaks Boulevard, Carmichael, California, in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i). The postal money order was purchased via the debit card connected to the Wells Fargo Bank account number 9900889875 held in the name of Doo H. BANG. The postal money order was purchased as part of the bust-out with specified unlawful activity proceeds (i.e. Bank Fraud) from recently deposited NSF checks referenced above. The postal money order was subsequently deposited on or about May 30, 2018, into Wells Fargo Bank account number 5081819780 held in the name of Chang J. JHI. The deposit of the postal money order was subsequently used to age and/or freshen another bust-out bank account (i.e. Chang J. JHI's bank account). The investigation disclosed that the Wells Fargo Bank account in the name of Chang J. JHI was subsequently bust-out with Wells Fargo Bank sustaining a financial loss of $9,302.13.

### D. Deposit Bust-Out #3

According to Umpqua Bank records, on or about May 24, 2017, a coconspirator of JEFFREY KIM opened a checking account (#03960716516) with $100 in the name of Chunling PIAO at a branch located at 1801 Douglas Boulevard, Roseville, California. The mailing address provided by a coconspirator was 1911 Douglas Boulevard, #85-147, Roseville, California. In order to open the checking account, a fraudulent Republic of Korea passport (#M26614652) in the name of Chunling PIAO was presented, in violation of Title 18, U.S.C. §§ 1543 and 1344. According to Umpqua Bank records, on or about between June 7, 2017 and June 10, 2017, seventy checks were presented for payment against the Chunling PIAO checking account in amounts between $880 and $2,992, for a total of $139,914. All of the checks were rejected (bounced) as there was only approximately $79.15 in the checking account to cover the checks. The checks were written to nine individuals with five of the checks being written to Ban S. LEE.

According to Well Fargo Bank records, on or about February 15, 2017, a coconspirator of JEFFREY KIM opened a checking account (#8190997711) in the name of Ban S. LEE. The mailing address provided by the coconspirator was 4397 W. Bethany Home Road, #1149, Glendale, Arizona. In order to open the bank account, a fraudulent Republic of Korea passport (#M45823813) in the name of Ban S. LEE was presented, in violation of Title 18, U.S.C. §§ 1543 and 1344. As set forth above, five of the twenty-one checks written against the Umpqua Bank account held in the name of Chunling PIAO were made payable to Ban S. LEE. Based upon bank surveillance photographs obtained from Wells Fargo Bank related to the Ban S. LEE bank account, JEFFREY KIM and a coconspirator busted out the bank account by depositing NSF checks and immediately taking cash back from the deposit resulting in financial losses to Wells Fargo Bank. Below is a spreadsheet that details the "bust-out" transactions on the Wells Fargo Bank account held

in the name of Ban S. LEE. The spreadsheet is broken down by date of transaction, bank, account number, account name, transaction detail and branch city location.

| Date | Bank | Account No. | Account Name | Transaction | Location |
|---|---|---|---|---|---|
| 06/08/2017 | WFB | 8190997711 | Ban S. LEE | JEFFREY KIM deposited an NSF check from Chunling PIAO of $2,970 | Goodyear, AZ |
| 06/08/2017 | WFB | 8190997711 | Ban S. LEE | JEFFREY KIM made a cash withdrawal of $800 | Goodyear, AZ |
| 06/09/2017 | WFB | 8190997711 | Ban S. LEE | JEFFREY KIM deposited an NSF check from Chunling PIAO of $1,976 with $1,450 cash back | Tucson, AZ |
| 06/09/2017 | WFB | 8190997711 | Ban S. LEE | JEFFREY KIM made a cash withdrawal of $1,900 | Tucson, AZ |

| Date | Bank | Account | Name | Description | Location |
|---|---|---|---|---|---|
| 06/09/2017 | WFB | 8190997711 | Ban S. LEE | JEFFREY KIM deposited an NSF check from Chunling PIAO of $1,884 with $1,400 cash back | Tucson, AZ |
| 06/09/2017 | WFB | 8190997711 | Ban S. LEE | JEFFREY KIM deposited an NSF check from Chunling PIAO of $1,877 | Tucson, AZ |
| 06/10/2017 | WFB | 8190997711 | Ban S. LEE | JEFFREY KIM made an ATM cash withdrawal of $300 | Mesa, AZ |
| 06/11/2017 | WFB | 8190997711 | Ban S. LEE | A coconspirator deposited an NSF check from Chunling PIAO of $1,550 | Los Angeles, CA |
| 06/11/2017 | WFB | 8190997711 | Ban S. LEE | A coconspirator made an ATM cash withdrawal of $300 | Los Angeles, CA |

Each of the deposited NSF checks and withdrawals above constitute a violation of Title 18, U.S.C. § 1344.

E. **Deposit Bust-Out #4**

According Granite Bay Postal records, on or about May 24, 2017, JEFFREY KIM rented mail box number 437 for a three month term using a fraudulent Republic of Korea passport in the name of Yu Lan XIE. Granite Bay Postal provided your affiant with the documents that were used to open mail box number 437, to include but not limited to, a copy of a Republic of Korea passport (#M25514652) containing a photograph of Yu Lan XIE. The passport photograph is actually of JEFFREY KIM purporting to be Yu Lan XIE and it is the same passport photograph that was used on the passport of the Song Min

12

YOO incident that lead to JEFFREY KIM's arrest in Monument, Colorado as detailed earlier in this affidavit.

According to El Dorado Savings Bank records, the day after JEFFREY KIM opened mail box number 437 at Granite Bay Postal, on or about May 25, 2017, JEFFREY KIM opened a checking account (#43156843) with $100 in the name of Yu Lan XIE at an El Dorado Savings Bank branch located in Folsom, California. The mailing address provided to El Dorado Savings Bank by JEFFREY KIM was the previously opened mail box at Granite Bay Postal - 4120 Douglas Boulevard, #306-437, Granite Bay, California. In order to open the bank account, JEFFREY KIM presented a fraudulent Republic of Korea passport (#M25514652) in the name of Yu Lan XIE, in violation of Title 18, U.S.C. §§ 1543 and 1344 and a social security card (last four 6458) that belonged to Y.X. According to the signature card for the checking account, JEFFREY KIM told the bank employee that he was a sales manager for Giant Trading.

According to El Dorado Savings Bank records, on or about May 30, 2017, they mailed checks associated to the Yu Lan XIE checking account to mail box number 437, located at the Granite Bay Postal, 4120 Douglas Boulevard, Granite Bay, California, in violation of Title 18, U.S.C. § 1341. Upon receiving the checks associated to the Yu Lan XIE checking account, between on or about July 21, 2017 and July 24, 2017, JEFFREY KIM wrote sixty-seven checks that were presented for payment against the Yu Lan XIE checking account in amounts between $992 and $2,998, for a total of $131,796. All of the checks were rejected (bounced) as there was approximately $100 in the checking account to cover the checks. A comparison of the signature on the signature card for the Yu Lan XIE checking account to the signature on the sixty-seven checks appears to be the same handwriting. The sixty-seven checks were written to ten individuals with four being written to Young Jong KIM.

According to Wells Fargo Bank records, on or about March 15, 2017, a coconspirator of JEFFREY KIM opened a checking account (#7532818460) in the name of Young Jong KIM with Wells Fargo Bank. The mailing address provided by the coconspirator is 3009 W. Woodlawn Avenue, Boise, Idaho. In order to open the bank account, a fraudulent Republic of Korea passport (#M35823812) in the name of Young Jong KIM was presented, in violation of §§ 1543 and 1344. As set forth above, four of the sixty-seven checks written against the El Dorado Savings Bank account held in the name of Yu Lan XIE were made payable to Young Jong KIM. Based upon bank surveillance photographs obtained from Wells Fargo Bank related to the Young Jong KIM bank account, JEFFREY KIM busted out the bank account by depositing NSF checks and immediately taking cash back from the deposit resulting in financial losses to Wells Fargo Bank. Below is a spreadsheet that details the "bust-out" transactions on the Wells Fargo Bank account held in the name of Young Jong KIM. The spreadsheet is broken down by date of transaction, bank, account number, account name, transaction detail and branch city location.

| Date | Bank | Account No. | Account Name | Transaction | Location |
|---|---|---|---|---|---|
| 07/20/2017 | WFB | 7532818460 | Young Jong KIM | JEFFREY KIM deposited an NSF check from Yu Lan XIE of $2,996 | Southlake, TX |
| 07/20/2017 | WFB | 7532818460 | Young Jong KIM | JEFFREY KIM made a cash withdrawal of $1,100 | Southlake, TX |
| 07/21/2017 | WFB | 7532818460 | Young Jong KIM | JEFFREY KIM deposited an NSF check from Yu Lan XIE of $1,992 with $1,600 cash back | Dallas, TX |
| 07/21/2017 | WFB | 7532818460 | Young Jong KIM | JEFFREY KIM deposited an NSF check from Yu Lan XIE of $1,973 with $1,400 cash back | Garland, TX |
| 07/21/2017 | WFB | 7532818460 | Young Jong KIM | JEFFREY KIM deposited an NSF check from Yu Lan XIE of $1,966 | Mesquite, TX |
| 07/21/2017 | WFB | 7532818460 | Young Jong KIM | JEFFREY KIM made a cash withdrawal of $2,900 | Mesquite, TX |

| 07/24/2017 | WFB | 7532818460 | Young Jong KIM | JEFFREY KIM deposited via ATM an NSF check from Soo Bong AHN $1,560 | Denton, TX |

## IV. CONCLUSION

Based on the investigation to date and my training and experience, I have probable cause to believe that JEFFREY KIM has committed violations of Title 18, United States Code, Sections 1344, 1543, and 1956(a)(1)(A)(i) related to a deposit bust out scheme perpetrated in the Eastern District of California and elsewhere. Based on JEFFREY KIM's post-arrest statements, bank records, mail box records and surveillance photographs it can be concluded that JEFFREY KIM is a member of a conspiracy related to the entire fraud scheme of at least 229 NSF checks approximately totaling $466,056. I therefore respectfully request a warrant for the arrest of JEFFREY KIM for these criminal violations.

///

///

///

///

///

///

///

///

///

///

///

15

**Request to Seal**: The arrest of Jeffrey Kim sought by this Affidavit concern a significant, ongoing investigation in the activities of an organized crime group using falsely made passports. The United States believes that public disclosure of this Complaint, affidavit, or the warrant itself will cause the out-of-custody targets to flee or take other actions to conceal their whereabouts prior to the conclusion of this broad, ongoing investigation. Therefore, the United States respectfully requests that this Criminal Complaint, Affidavit and Arrest Warrant be sealed until further order of the Court. *United States v. Doe*, 870 F.3d 991, 1000 (9th Cir. 2017).

_____
SA Christopher S. Fitzpatrick
IRS-CI

Reviewed and approved as to form

Audrey B. Hemesath
Assistant United States Attorney

Subscribed and sworn to before me
this 25th day of May, 2018.

HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE