IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-mj-01100-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY KIM,

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    /s/ Jacob Rasch-Chabot
    JACOB RASCH-CHABOT
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Jacob_Rasch-Chabot@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

   I hereby certify that on May 31, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

  Martha Ann Paluch, Assistant U.S. Attorney
  Email:  martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Jeffrey Kim
  via mail

            /s/ Cecilia Hernandez
            Cecilia Hernandez, Legal Assistant
            Office of the Federal Public Defender