IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-mj-01100-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY KIM,

    Defendant.

_____

**MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE**
_____

    Jeffrey Kim, by and through undersigned counsel, hereby moves this Court for an order modifying the condition of Mr. Kim's pretrial release so as to grant him an extra day to submit his passport to the district court clerk. In support thereof, counsel states:

1. On June 5, 2018, this Court released Mr. Kim on a $10,000 unsecured bond to a halfway house with additional conditions.

2. One of Mr. Kim's conditions is that he surrender his passport to the district court clerk within two business days of the order, which would be today, June 7, 2018.

3. At the release hearing, this Court advised Mr. Kim to request an extension if he cannot surrender his passport within the allotted time.

4. Under 18 U.S.C. § 1342(c)(3), this court may amend the order to modify conditions of release at any time.

5. Mr. Kim's passport is currently located at his prior residence in Loveland, CO.

6.      Counsel has been in contact with Mr. Kim, his case manager at the halfway house, and his probation officer, Seth Junker. The parties have arranged for Mr. Kim to be given a pass from the halfway house to obtain his passport in Loveland and surrender it to the district court clerk by tomorrow, June 8, 2018.

7.      Thus, Mr. Kim needs one extra day to comply with this Court's condition that he surrender his passport within two days of the court's original order.

8.      The government does not object to the requested relief.

For these reasons, Mr. Kim requests that this Court modify the condition of release to give him one extra day to surrender his passport to the district court clerk.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ Jacob Rasch-Chabot
JACOB RASCH-CHABOT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Jacob_Rasch-Chabot@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 7, 2018, I electronically filed the foregoing **MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

 Martha Ann Paluch, Assistant U.S. Attorney
 Email:  martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Jeffrey Kim
 via mail

            /s/ Jacob Rasch-Chabot
            JACOB RASCH-CHABOT
            Assistant Federal Public Defender