| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  A. Benson    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                 5/24/21 |
| 1. Article Addressed to:<br>Clerks Office<br>US District Court<br>Eastern Dist of CA<br>Room 4-200<br>501 I Street<br>Sacramento CA 95814 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, July 2013 | Domestic Return Receipt |

*Stamp overlay:* FILED / UNITED STATES DISTRICT COURT / DENVER, COLORADO / MAY 27 2021 / JEFFREY P. COLWELL / CLERK

